UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHAN KLIEWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARSON, an incorporated California municipality and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO 2:14-CV-09799-R-JEM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

ORDER

The Court has reviewed the Joint Motion set forth herein and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth in it. Good cause appearing.

IT IS ORDERED:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

3. The Court retains jurisdiction of this matter for the purpose of taking any action required to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Defendant, City of Carson, shall pay Family Safety Foundation the sum of five thousand dollars ($5,000.00) for attorneys' fees and costs as provided for in the Settlement Agreement.

5. Plaintiff's attorney, Janice M. Bellucci, shall advise the Court of the disposition of this case no later than April 15, 2016.

Dated: March 1, 2016

_____
THE HONORABLE MANUEL L. REAL
JUDGE OF THE U.S. DISTRICT COURT

2
ORDER FOR DISMISSAL